Robert P. Huckaby  CA#97633
3330 Lake Tahoe Blvd. #10
South Lake Tahoe, CA 96150
Tel (530) 544-4697
Fax (530) 544-7760
Email: bobhuckaby@aol.com

ATTORNEY FOR DEBTOR,
EDDIE & FLORA BATOON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| In re )<br>)<br>EDDIE PASCUA BATOON, )<br>FLORA LLANES BATOON, )<br>)<br>Debtor. )<br>_____ ) | CASE NO. 23-50592<br>Chapter: 11<br><br>Date: August 29, 2023<br>Time: 2:00 pm<br>Court: 9<br>Judge: Hon. Stephen L. Johnson |

### DECLARATION OF ROBERT P. HUCKABY IN SUPPORT OF

### MOTION TO EMPLOY PROFESSIONAL

I, Robert P. Huckaby, declare as follows.

1.  I am an attorney at law admitted to practice before all the courts of the State of California, and this Court, and I am an adult competent to testify.

2.  I obtained a Bachelor of Science degree in Business Administration and Accounting from the California State University at Northridge in 1974.

3.  I obtained a Juris Doctor degree from the San Fernando Valley College of Law in 1980.

4.  I was admitted to the State Bar of California in 1981, of which I am a current member.

5.  I am also admitted to practice in the Federal Court of the Central District of California, the Eastern District of California and the Southern District of Texas, and I am

admitted to practice in the United States Tax Court and the Ninth Circuit of the United States Court of Appeals.

6. I operate a solo general civil law practice at South Lake Tahoe, California since 2002. Prior to that I operated a solo general civil law practice in Southern California since 1981.

7. I operate an accounting, tax preparation and business consulting practice since 1970. I am occasionally employed as an adjunct instructor for accounting and business courses at Lake Tahoe Community College since 2003. I am not a CPA, but I hold professional certifications for Internal Audit, EDP Audit and Data Processing Management.

8. I have been working with bankruptcy matters since 1983, including Chapter 7, Chapter 13 and Chapter 11 filings for both debtors and creditors, and bankruptcy matters have comprised a substantial portion of my legal work since 2004.

9. My standard hourly rate for bankruptcy matters is $300 per hour. I normally negotiate a flat fee for pre-petition and normally-contemplated bankruptcy work.

10. My standard hourly rate for accounting services and income tax preparation is $120 per hour.

11. Debtors agreed to pay me $5,000 prior to the filing of this case, which I received, and a total of $10,000 as a flat fee for the ordinary bankruptcy services to prepare and file their petition, schedules, statements, disclosures, motions, and Chapter 11 plan, and to attend the meeting of creditors, status reviews and confirmation hearing. This flat fee does not include representation for any adversary proceedings, accounting and tax work, or other services not reasonably contemplated in a regular Chapter 11 case.

12. Since the filing of this case, I have not charged debtors with any further attorney or accounting fees, and I believe that I have performed my duties diligently and faithfully in this case.

13. I believe my representation of the debtors complies with the requirements of Bankruptcy Code §327, 329 and 1103(b) and Bankruptcy Rules 2014, 2016 and 5002.

14. I may have provided legal, tax or accounting services to the debtors, from time to time prior to the filing of this case, for which I do not have, or hereby waive, any claim against

the estate.

15. I am not a creditor, equity security holder or insider of the debtor, I have not been within 2 years a director, officer or employee of the debtor, and I do not hold any interest adverse to the above-referenced estate, other than the agreement to provide the standard bankruptcy services for the flat fee of $10,000 in this case. I am informed and therefore believe that I am a disinterested person as defined in 11 U.S.C. §101(14).

16. I have not agreed to share any compensation which I may receive from the debtors with any other person.

17. I am attorney of record for debtor Flora Batoon as a defendant in the El Dorado Superior Court case of DEGOLISH V. PLACER TITLE COMPANY, et al, Case No. 22CV1845, for which case we have filed a removal into this Bankruptcy Court. Post-Petition legal services provided in that action will be covered by this Application for Employment.

18. Except as set forth above, I have no connection with the debtors, creditors or any party-in-interest, their respective attorneys, accountants, or the U. S. Trustee or any employee of the U. S. Trustee.

I declare the foregoing is true and correct under penalty of perjury.

Dated: June 26, 2023

/s/ Robert P. Huckaby
_____
Robert P. Huckaby