| | |
|---|---|
| 1 | Robert P. Huckaby  CA#97633 |
| 2 | 3330 Lake Tahoe Blvd. #10<br>South Lake Tahoe, CA 96150<br>Tel (530) 544-4697 |
| 3 | Fax (530) 544-7760<br>Email: bobhuckaby@aol.com |
| 4 | |
| 5 | ATTORNEY FOR DEBTOR,<br>EDDIE & FLORA BATOON |
| 6 | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

In re                                                  )   CASE NO.  23-50592
                                                       )   Chapter:  11
EDDIE PASCUA BATOON,                                   )
FLORA LLANES BATOON,                                   )
                                                       )   Date:   August 29, 2023
                        Debtor.                        )   Time:   2:00 pm
                                                       )   Court:  9
                                                           Judge: Hon. Stephen L. Johnson

NOTICE OF HEARING ON MOTION TO EMPLOY PROFESSIONAL

PLEASE TAKE NOTICE that debtors EDDIE PASCUA BATOON and FLORA LLANES BATOON have filed a Motion to Employ Professional.

THE MOTION SHALL BE HEARD on August 29, 2023 at 2:00 pm before the Honorable Judge Stephen L. Johnson in Courtroom 9, located at 280 South First Street, San Jose, California.  It is recommended that you review all pleadings filed in support of the Motion, which either are enclosed with this Notice or may be obtained from the Clerk of the Bankruptcy Court, on-line through the Court's website, or from the undersigned.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)**

IF YOU WISH TO OPPOSE THIS MOTION, or if you want the Court to consider your views on the Motion, then you or your attorney must file and serve a written opposition to the

relief requested in conformance with B.L.R. 9014-1(c) not less than fourteen (14) calendar days before the date set for hearing and appear at the hearing at the place and time referenced in the caption above.  Such written opposition must be filed with the Bankruptcy Court at the following address:

>U.S. Bankruptcy Court
>280 South First Street
>San Jose, CA 95113

You must also serve a copy of your written opposition on the undersigned:

>Robert P. Huckaby
>3330 Lake Tahoe Blvd. #10
>South Lake Tahoe, CA  96150

Failure to file a timely written opposition may result in the Motion being resolved without oral argument and the striking of untimely written or oral opposition.

Please be advised that the Court may remove the matter from the calendar and submit the matter for decision or else issue a tentative ruling on the Motion.  Interested persons can ascertain which matters have been removed from the calendar and can view tentative rulings by checking the Court's website at www.canb.uscourts.gov.

The hearing on this motion will not be conducted by appearance in the presiding judge's courtroom, but instead will be by telephone or video.  All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic.  The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance.  If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated:  June 26, 2023

/s/ Robert P. Huckaby
_____
Robert P. Huckaby,
Attorney for Debtors