| | |
|---|---|
| 1 | Robert P. Huckaby  CA#97633 |
| 2 | 3330 Lake Tahoe Blvd. #10<br>South Lake Tahoe, CA 96150<br>Tel (530) 544-4697 |
| 3 | Fax (530) 544-7760<br>Email: bobhuckaby@aol.com |
| 4 | |
| 5 | ATTORNEY FOR DEBTOR,<br>EDDIE & FLORA BATOON |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | | |
|---|---|---|
| In re | ) | CASE NO.  23-50592 |
| | ) | Chapter:  11 |
| EDDIE PASCUA BATOON, | ) | |
| FLORA LLANES BATOON, | ) | |
| | ) | Date:  August 3, 2023 |
| Debtor. | ) | Time:  11:00 am |
| | ) | Court: Videoconference |
| | | Judge: Hon. Stephen L. Johnson |

## STATUS CONFERENCE STATEMENT

Debtors EDDIE PASCUA BATOON and FLORA LLANES BATOON hereby make their Status Conference Statement.

1.  The factors leading to this filing revolve around the sale of the Sky Lake Lodge motel in South Lake Tahoe, California.  Debtors bought this motel in 2013 for $667,000 through the realtor Julia Durward, who arranged private financing of $575,000 and the balance was paid by exchange funds from sale of their property in Hawaii.  Durward annotated herself into the deal to receive one-half of the ownership, as a secret partner for no visible reason, then had Batoon put title of the motel into her company Ginger Mountain Lodge LLC in 2015 where Batoon and Durward were co-owners/managers.  Durward operated the motel, taking all the rents, until 2018, when she walked away with substantial bills like property taxes unpaid, then Batoon operated it.  Batoon listed the motel for sale, and went into escrow with a buyer Jacob deGolish in October 2021 with a sale price of $1,850,000 after adjustment for buyer's inspection.

Escrow agent Placer Title Company refused to close the sale without the consent of Durward, who was demanding to receive one-half the sale proceeds, that Batoon refused to agree with. DeGolish filed suit in December 2022, and the private lender filed foreclosure. This Chapter 11 was filed for Batoon to avoid losing the motel to foreclosure, to protect her substantial equity in it, while sorting out the claims of deGolish and Durward.

Debtor's objective is to resolve the claims of deGolish and Durward, and complete the sale of the motel which will pay off the mortgage against it and all their debts.

2. Debtors should have a Plan filed within 6 months, depending on how progress is with resolving the claims of deGolish and Durward.

3. The Plan is to complete sale of the motel which will pay off the mortgage against it and give them the funds to pay off all of their debts, then close this case.

4. Debtors have homeowner's insurance on their real property and normal insurance coverage on their vehicles.

5. Debtors have filed a motion to employ Robert Huckaby as their attorney to deal with the adversary proceedings.

6. Debtors are retired with enough income from Social Security and rentals to pay their normal living expenses, including post-petition payments on the mortgages on their home and rental property. The buyer of the motel required it to be made vacant, which was done, so it is not producing any income to pay that mortgage, which is matured and all due.

7. The deGolish lawsuit has been removed to this Court from the El Dorado Superior Court, and a new Complaint is being filed against Durward in this Court.

8. Debtors have complied with their Initial Interview with the United States Trustee and the 341(a) meeting of creditors, with no open issues.

9. Debtors are current with their monthly operating reports, have established their debtor-in-possession account, and do not have any tax obligations.

10. Debtors do not have any cash collateral issues.

11. There are not any automatic stay issues known.

12. There are not any executory contract or unexpired lease issues known. The sale

page 2

Case: 23-50592    Doc# 28    Filed: 07/27/23    Entered: 07/27/23 07:17:45    Page 2 of 3

contract with deGolish is pending as an adversary in this Court.

13. Debtors do not know of any other unique issues.

14. Debtors do not know of any other unusual developments or events or other matters that might materially affect the administration of this case, except that debtors are exploring other avenues of liquidating their interest in the motel which could result in an earlier resolution of their financial issues.

Dated: July 26, 2023

/s/ Eddie Pascua Batoon
_____
Eddie Pascua Batoon

/s/ Flora Llanes Batoon
_____
Flora Llanes Batoon