Entered on Docket
August 07, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: August 4, 2023

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>EDDIE PASCUA BATOON<br>FLORA LLANES BATOON,<br><br>Debtor(s). | Case No. 23-50592 SLJ<br><br>Chapter 11 |

## ORDER AFTER STATUS CONFERENCE AND SETTING DEADLINES

On August 3, 2023, the Court held a status conference in the above-entitled matter. Appearances were as noted on the record. The Court having reviewed the status conference statements and other pleadings filed in this case and having heard the arguments of counsel, good cause appearing,

IT IS HEREBY ORDERED as follows:

(1) The Debtor(s) shall file a disclosure statement and plan of reorganization by December 1, 2023, and shall have a plan of reorganization confirmed by February 1, 2024.

(2) The Debtor(s) shall remain current on all monthly operating reports.

(3) If the Debtor(s) fails to abide by the deadlines established in Paragraph (1) above or to remain current on monthly operating reports, the Court sua sponte or the United States Trustee ("UST"), by filing and serving a declaration indicating non-compliance by the Debtor(s)

and submitting and serving an order, may dismiss or convert the case, at the UST's discretion. The court may also dismiss or convert the case if a disclosure statement and plan has not been filed or a disclosure statement approved with sufficient time to confirm a plan by the deadline above under applicable bankruptcy and local rules. See 11 U.S.C. § 1112(b)(4)(E) & (J).

(4) If the case has not been converted or dismissed under Paragraph (3), a continued status conference shall be held on December 14, 2023, at 11:00 a.m., at the United States Bankruptcy Court, 280 South First Street, Courtroom 10, San Jose, California.

**\* \* \* END OF ORDER \* \* \***

**COURT SERVICE LIST**

[ECF recipients only]