# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | | |
|---|---|---|
| In Re. Eddie Pascua Batoon | § | Case No. 23-50592 |
| Flora Llanes Batoon | § | |
| | § | |
| Debtor(s) | § | |
| | | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2023      Petition Date: 06/04/2023

Months Pending: 2      Industry Classification: 0 0 0 0

Reporting Method:     Accrual Basis ○     Cash Basis ⦿

Debtor's Full-Time Employees (current):     0

Debtor's Full-Time Employees (as of date of order for relief):     0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Robert P Huckaby        Robert P. Huckaby

Signature of Responsible Party        Printed Name of Responsible Party

07/21/2023

Date

3330 Lake Tahoe Blvd 10, S Lake Tahoe, CA 96150

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case: 23-50592    Doc# 32    Filed: 08/21/23    Entered: 08/21/23 09:33:39    Page 1 of 21

UST Form 11-MOR (12/01/2021)

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $34,781 | |
| b.  Total receipts (net of transfers between accounts) | $7,025 | $7,345 |
| c.  Total disbursements (net of transfers between accounts) | $6,721 | $7,105 |
| d.  Cash balance end of month (a+b+c) | $35,085 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $6,721 | $7,105 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $0 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.  Inventory    (Book ○  Market ○  Other ⦿  (attach explanation)) | $0 |
| d   Total current assets | $0 |
| e.  Total assets | $0 |
| f.  Postpetition payables (excluding taxes) | $0 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $0 |
| k.  Prepetition secured debt | $0 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $0 |
| n.  Total liabilities (debt) (j+k+l+m) | $0 |
| o.  Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $0 | $0 |

**Part 5:  Professional Fees and Expenses**

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | $5,000 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | Robert P Huckaby | Local Counsel | | | $5,000 |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxvii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)

| | | | | | | |
|------|--|--|--|--|--|--|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                        6

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ● No ○

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○ No ●

c. Were any payments made to or on behalf of insiders?  Yes ○ No ●

d. Are you current on postpetition tax return filings?  Yes ● No ○

e. Are you current on postpetition estimated tax payments?  Yes ● No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ● No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○ No ●

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ○ No ○ N/A ●

i. Do you have:  Worker's compensation insurance?  Yes ○ No ●

If yes, are your premiums current?  Yes ○ No ○ N/A ● (if no, see Instructions)

Casualty/property insurance?  Yes ● No ○

If yes, are your premiums current?  Yes ● No ○ N/A ○ (if no, see Instructions)

General liability insurance?  Yes ● No ○

If yes, are your premiums current?  Yes ● No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ○ No ●

k. Has a disclosure statement been filed with the court?  Yes ○ No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ● No ○

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $7,025 |
| d. | Total income in the reporting period (a+b+c) | $7,025 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $6,721 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $6,721 |
| j. | Difference between total income and total expenses (d-i) | $304 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Robert P Huckaby
_____
Signature of Responsible Party

Robert P. Huckaby
_____
Printed Name of Responsible Party

Attorney
_____
Title

08/21/2023
_____
Date



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

UST Form 11-MOR (12/01/2021)

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour

UST Form 11-MOR (12/01/2021)

# EDDIE & FLORA BATOON
## Profit & Loss
### July 2023

|  | Jul 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Interest Earned | 0.03 |
| Rental Income | 2,610.00 |
| Social Security | 4,115.00 |
| **Total Income** | **6,725.03** |
| **Expense** | |
| Automobile Expense | 897.35 |
| Bank Service Charges | 18.00 |
| HOA | 88.79 |
| Life Insurance | 623.03 |
| Office Supplies | 49.99 |
| **Rental** | |
| Utilities | 366.60 |
| **Total Rental** | **366.60** |
| Repairs and Maintenance | 700.00 |
| Supplies | 5.29 |
| Travel Expense | 130.00 |
| Utilities | 1,241.62 |
| **Total Expense** | **4,120.67** |
| **Net Ordinary Income** | **2,604.36** |
| **Net Income** | **2,604.36** |

# EDDIE & FLORA BATOON
## Balance Sheet
### As of July 31, 2023

|  | Jul 31, 23 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Bank of America - checking | 1,336.10 |
| Cash on hand | 200.00 |
| Wells Fargo DIP | 3,548.53 |
| WFB - CD | 30,000.00 |
| **Total Checking/Savings** | 35,084.63 |
| **Other Current Assets** | |
| Claim v. deGolish | 1,850,000.00 |
| Claim v. Durward | 1,250,000.00 |
| **Total Other Current Assets** | 3,100,000.00 |
| **Total Current Assets** | 3,135,084.63 |
| **Fixed Assets** | |
| 04 Lexus RX320 | 3,200.00 |
| 08 Toyota Tacoma | 7,400.00 |
| 18 Subaru Crosstrek | 20,000.00 |
| 2971 Mittion Dr | 2,000,000.00 |
| 6405-6407 Wire Dr | 400,000.00 |
| Ginger Mountain Lodge LLC | 925,000.00 |
| Personal Jewelry | 3,000.00 |
| Used household electronics | 300.00 |
| Used household goods | 3,000.00 |
| Used personal clothing | 300.00 |
| Used personal exercise equip | 150.00 |
| **Total Fixed Assets** | 3,362,350.00 |
| **TOTAL ASSETS** | 6,497,434.63 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| AT&T Universal Card | 6,600.00 |
| Bank of America | 10,500.00 |
| Citi Costco Card | 15,800.00 |
| Citibank | 3,300.00 |
| City of South Lake Tahoe | 10,000.00 |
| Derek Banks | 43,000.00 |
| Priscilla Concepsion | 35,000.00 |
| Tenant Security Deposits Held | 1,400.00 |
| Timothy Wong CPA | 9,610.00 |
| Wells Fargo Card | 11,224.00 |
| **Total Other Current Liabilities** | 146,434.00 |
| **Total Current Liabilities** | 146,434.00 |
| **Long Term Liabilities** | |
| Emma Sarafin Tiapon | 197,600.00 |
| Provident Funding | 184,870.00 |
| Robin & Mary Sevilla | 601,960.00 |
| Select Portfolio Servicing | 277,000.00 |
| **Total Long Term Liabilities** | 1,261,430.00 |
| **Total Liabilities** | 1,407,864.00 |
| **Equity** | |
| Opening Balance Equity | 5,081,496.65 |
| Net Income | 8,073.98 |
| **Total Equity** | 5,089,570.63 |
| **TOTAL LIABILITIES & EQUITY** | 6,497,434.63 |

Case: 23-50592    Doc# 32    Filed: 08/21/23    Entered: 08/21/23 09:33:39    Page 14 of 21

# EDDIE & FLORA BATOON
## Transaction Detail by Account
### July 2023

| Date | Num | Name | Memo | Split | Debit | Credit |
|------|-----|------|------|-------|-------|--------|
| **Bank of America - checking** | | | | | | |
| 7/3/23 | atm | Costco Gas | | Automobile Expense | | 39.07 |
| 7/3/23 | atm | Costco Gas | | Automobile Expense | | 60.38 |
| 7/5/23 | auto | AT&T | | Utilities | | 509.79 |
| 7/5/23 | auto | El Dorado Ranch | | HOA | | 88.79 |
| 7/6/23 | dep | Tenant | Deposit | Rental Income | 1,350.00 | |
| 7/10/23 | dep | Tenant | Deposit | Rental Income | 1,260.00 | |
| 7/10/23 | 4161 | Bombas | fridge | Repairs and Maintena... | | 700.00 |
| 7/10/23 | 4162 | Provident Funding | | Provident Funding | | 2,600.00 |
| 7/10/23 | 4163 | DMV | | Automobile Expense | | 197.00 |
| 7/11/23 | int | Bank of America | Deposit | Interest Earned | 0.03 | |
| 7/13/23 | atm | Costco Gas | | Automobile Expense | | 36.92 |
| 7/13/23 | 4165 | California American Water | | Utilities | | 25.10 |
| 7/13/23 | auto | Mass Mutual Life | | Life Insurance | | 44.37 |
| 7/17/23 | auto | New York Life | | Life Insurance | | 56.00 |
| 7/18/23 | atm | The Royal Thai | | Travel Expense | | 130.00 |
| 7/21/23 | auto | New York Life | | Life Insurance | | 33.13 |
| 7/21/23 | auto | New York Life | | Life Insurance | | 32.40 |
| 7/21/23 | auto | New York Life | | Life Insurance | | 29.26 |
| 7/24/23 | atm | TrendMicro | | Office Supplies | | 49.99 |
| 7/24/23 | auto | New York Life | | Life Insurance | | 335.56 |
| 7/24/23 | 4164 | DMV | | Automobile Expense | | 240.00 |
| 7/27/23 | auto | New York Life | | Life Insurance | | 49.41 |
| 7/27/23 | auto | New York Life | | Life Insurance | | 42.90 |
| Total Bank of America - checking | | | | | 2,610.03 | 5,300.07 |
| **Wells Fargo DIP** | | | | | | |
| 7/11/23 | chg | Harland Clarke Checks | check print | Bank Service Charges | | 18.00 |
| 7/12/23 | dep | Social Security | Deposit | Social Security | 2,210.00 | |
| 7/18/23 | dep | Citi Card | Deposit | Citi Costco Card | 300.00 | |
| 7/20/23 | atm | All American Auto | | Automobile Expense | | 266.44 |
| 7/20/23 | 102 | SMUD | | Utilities | | 341.50 |
| 7/21/23 | 103 | PG&E | | Utilities | | 731.83 |
| 7/21/23 | atm | Mitsuwa Marketplace | | Supplies | | 5.29 |
| 7/24/23 | atm | Costco Gas | | Automobile Expense | | 57.54 |
| 7/26/23 | dep | Social Security | Deposit | Social Security | 1,905.00 | |
| Total Wells Fargo DIP | | | | | 4,415.00 | 1,420.60 |
| **Citi Costco Card** | | | | | | |
| 7/18/23 | dep | Citi Card | Deposit | Wells Fargo DIP | | 300.00 |
| Total Citi Costco Card | | | | | 0.00 | 300.00 |
| **Provident Funding** | | | | | | |
| 7/10/23 | 4162 | Provident Funding | | Bank of America - che... | 2,600.00 | |
| Total Provident Funding | | | | | 2,600.00 | 0.00 |
| **Interest Earned** | | | | | | |
| 7/11/23 | int | Bank of America | Deposit | Bank of America - che... | | 0.03 |
| Total Interest Earned | | | | | 0.00 | 0.03 |
| **Rental Income** | | | | | | |
| 7/6/23 | dep | Tenant | Deposit | Bank of America - che... | | 1,350.00 |
| 7/10/23 | dep | Tenant | Deposit | Bank of America - che... | | 1,260.00 |
| Total Rental Income | | | | | 0.00 | 2,610.00 |
| **Social Security** | | | | | | |
| 7/12/23 | dep | Social Security | Deposit | Wells Fargo DIP | | 2,210.00 |
| 7/26/23 | dep | Social Security | Deposit | Wells Fargo DIP | | 1,905.00 |
| Total Social Security | | | | | 0.00 | 4,115.00 |
| **Automobile Expense** | | | | | | |
| 7/3/23 | atm | Costco Gas | | Bank of America - che... | 39.07 | |
| 7/3/23 | atm | Costco Gas | | Bank of America - che... | 60.38 | |
| 7/10/23 | 4163 | DMV | | Bank of America - che... | 197.00 | |
| 7/13/23 | atm | Costco Gas | | Bank of America - che... | 36.92 | |
| 7/20/23 | atm | All American Auto | | Wells Fargo DIP | 266.44 | |
| 7/24/23 | atm | Costco Gas | | Wells Fargo DIP | 57.54 | |
| 7/24/23 | 4164 | DMV | | Bank of America - che... | 240.00 | |

Case: 23-50592    Doc# 32    Filed: 08/21/23    Entered: 08/21/23 09:33:39    Page 15 of 21

# EDDIE & FLORA BATOON
## Transaction Detail by Account
### July 2023

| Date | Num | Name | Memo | Split | Debit | Credit |
|------|-----|------|------|-------|-------|--------|
| | | **Total Automobile Expense** | | | 897.35 | 0.00 |
| | | **Bank Service Charges** | | | | |
| 7/11/23 | chg | Harland Clarke Checks | check print | Wells Fargo DIP | 18.00 | |
| | | Total Bank Service Charges | | | 18.00 | 0.00 |
| | | **HOA** | | | | |
| 7/5/23 | auto | El Dorado Ranch | | Bank of America - che... | 88.79 | |
| | | Total HOA | | | 88.79 | 0.00 |
| | | **Life Insurance** | | | | |
| 7/13/23 | auto | Mass Mutual Life | | Bank of America - che... | 44.37 | |
| 7/17/23 | auto | New York Life | | Bank of America - che... | 56.00 | |
| 7/21/23 | auto | New York Life | | Bank of America - che... | 33.13 | |
| 7/21/23 | auto | New York Life | | Bank of America - che... | 32.40 | |
| 7/21/23 | auto | New York Life | | Bank of America - che... | 29.26 | |
| 7/24/23 | auto | New York Life | | Bank of America - che... | 335.56 | |
| 7/27/23 | auto | New York Life | | Bank of America - che... | 49.41 | |
| 7/27/23 | auto | New York Life | | Bank of America - che... | 42.90 | |
| | | Total Life Insurance | | | 623.03 | 0.00 |
| | | **Office Supplies** | | | | |
| 7/24/23 | atm | TrendMicro | | Bank of America - che... | 49.99 | |
| | | Total Office Supplies | | | 49.99 | 0.00 |
| | | **Rental** | | | | |
| | | **Utilities** | | | | |
| 7/13/23 | 4165 | California American Water | | Bank of America - che... | 25.10 | |
| 7/20/23 | 102 | SMUD | | Wells Fargo DIP | 341.50 | |
| | | Total Utilities | | | 366.60 | 0.00 |
| | | Total Rental | | | 366.60 | 0.00 |
| | | **Repairs and Maintenance** | | | | |
| 7/10/23 | 4161 | Bombas | fridge | Bank of America - che... | 700.00 | |
| | | Total Repairs and Maintenance | | | 700.00 | 0.00 |
| | | **Supplies** | | | | |
| 7/21/23 | atm | Mitsuwa Marketplace | | Wells Fargo DIP | 5.29 | |
| | | Total Supplies | | | 5.29 | 0.00 |
| | | **Travel Expense** | | | | |
| 7/18/23 | atm | The Royal Thai | | Bank of America - che... | 130.00 | |
| | | Total Travel Expense | | | 130.00 | 0.00 |
| | | **Utilities** | | | | |
| 7/5/23 | auto | AT&T | | Bank of America - che... | 509.79 | |
| 7/21/23 | 103 | PG&E | | Wells Fargo DIP | 731.83 | |
| | | Total Utilities | | | 1,241.62 | 0.00 |
| **TOTAL** | | | | | **13,745.70** | **13,745.70** |

Case: 23-50592    Doc# 32    Filed: 08/21/23    Entered: 08/21/23 09:33:39    Page 16 of 21

# Wells Fargo Everyday Checking

0082726   01 AV 0.471 **AUTO  H9 0 2012 95148-281171   -C01-P82808-I



EDDIE PASCUA BATOON
FLORA LLANES BATOON
DEBTOR IN POSSESSION
CH11 CASE #23-50592 (NCA)
2971 MITTON DR
SAN JOSE CA 95148-2811

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $554.13 |
| Deposits/Additions | 4,415.00 |
| Withdrawals/Subtractions | - 1,420.60 |
| **Ending balance on 7/31** | **$3,548.53** |

Account number: ████2832

**EDDIE PASCUA BATOON**
**FLORA LLANES BATOON**
**DEBTOR IN POSSESSION**
**CH11 CASE #23-50592 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 7/11 | | Harland Clarke Check/Acc. 071023 00004057575488 Eddie Pascua Batoon | | 18.00 | 536.13 |
| 7/12 | | SSA Treas 310 Xxsoc Sec 071223 xxxxx9119A SSA Eddie P Batoon | 2,210.00 | | 2,746.13 |
| 7/18 | | ATM Check Deposit on 07/18 3877 Bedford Canyon Rd Corona CA 0000681 ATM ID 9967O Card 5039 | 300.00 | *Citi refund* | 3,046.13 |
| 7/20 | | Purchase authorized on 07/19 All American Auto Riverside CA S583200812607033 Card 5039 | | 266.44 | |
| 7/20 | 102 | Check  *SMUD – wine* | | 341.50 | 2,438.19 |
| 7/21 | | Purchase authorized on 07/21 Mitsuwa Mrktplace Cm Costa Mesa CA P383202704741494 Card 5039 | | 5.29 | |
| 7/21 | 103 | Check  *PG+E  – home* | | 731.83 | 1,701.07 |
| 7/24 | | Purchase authorized on 07/23 Costco Gas #0760 Gilroy CA P583204859313203 Card 5039 | | 57.54 | 1,643.53 |
| 7/26 | | SSA Treas 310 Xxsoc Sec 072623 xxxxx0768A SSA Flora L Batoon | 1,905.00 | | 3,548.53 |
| **Ending balance on 7/31** | | | | | **3,548.53** |
| **Totals** | | | **$4,415.00** | **$1,420.60** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 102 | 7/20 | 341.50 | 103 | 7/21 | 731.83 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2023 - 07/31/2023 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $536.13 ☑ |
| · Total amount of qualifying electronic deposits | $500.00 | $4,115.00 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC

2012-01-OD-0082725-0001-0197882



✔ IMPORTANT ACCOUNT INFORMATION



BANK OF AMERICA, N.A. (THE "BANK")

EDDIE P BATOON

FLORA L BATOON

ADV TIERED INTEREST CHKG

**** **** 3938

Last Posting Date 08/09/2023                Date/Time Printed  8/10/2023 12:31 PM EST

**Since Last Statement Summary**

| | | | |
|---|---|---|---|
| Last Statement Date 07/11/2023 | | | |
| Balance Last Statement ($) | | $5,238.14 | |
| Deposits/Credits (+) | # 8 | $9,955.03 | Holds (-) |
| Withdrawals/Debits (-) | # 32 | $8,394.65 | Pending Credits (+) |
| Available Balance ($) | | $655.40 | |

#Counts include posted items only-Intraday items are not included in the counts
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| | Amount included in Available Balance | | | |
| 08/08/2023 | COSTCO GAS #07  08/08 #000615471 PURCHASE      COSTCO GAS #0760  GILROY      CA | Debit | -$36.97 | $655.40 |
| 08/07/2023 | COSTCO GAS #12  08/06 #000220841 PURCHASE      COSTCO GAS #1244  HANFORD      CA | Debit | -$45.11 | $692.37 |
| 08/03/2023 | EL DORADO RANCH  DES:SURE PAY  ID:47890743704*R1 INDN:EDDIE BATOON      CO ID:2811105303 PPD | Other Payment | -$88.79 | $737.48 |
| 08/02/2023 | ATT      DES:Payment  ID:793140003EPAYK INDN:EDDIE BATOON      CO ID:9864031004 PPD | Other Payment | -$509.83 | $826.27 |
| 07/27/2023 | NEW YORK LIFE  DES:INS. PREM. ID:███376  INDN:FLORA L BATOON      CO ID:1135582869 PPD | Other Payment | -$42.90 | $1,336.10 |
| 07/27/2023 | NEW YORK LIFE  DES:INS. PREM. ID:███333  INDN:FLORA L BATOON      CO ID:1135582869 PPD | Other Payment | -$49.41 | $1,379.00 |

For additional information or service, please contact the Customer Service Center at  1-800-432-1000

**** **** 3938

* =  Item(s) included in Previous Statement(s).

00-14-9036M  11-2010
NCA

| Date | Description | | Type | Amount | Available Balance |
|---|---|---|---|---|---|
| 07/26/2023 | Check 4164 | *DMV* | Single Check | -$240.00 | $1,428.41 |
| 07/26/2023 | Check 4163 | *DMV* | Single Check | -$197.00 | $1,668.41 |
| 07/24/2023 | NEW YORK LIFE  DES:INS. PREM. ID:▇▇▇ 626  INDN:EDDIE P BATOON  CO ID:1135582869 WEB | | Other Payment | -$335.56 | $1,865.41 |
| 07/24/2023 | CHECKCARD  0721 TRENDMICRO YEARLY PLAN  888BESTBUY  MN 243990032022959020 74702 RECURRING | | Debit | -$49.99 | $2,200.97 |
| 07/21/2023 | NEW YORK LIFE  DES:INS. PREM. ID:▇▇▇282  INDN:FLORA BATOON  CO ID:1135582869 WEB | | Other Payment | -$29.26 | $2,250.96 |
| 07/21/2023 | NEW YORK LIFE  DES:INS. PREM. ID:▇▇▇ 216  INDN:FLORA L BATOON  CO ID:1135582869 WEB | | Other Payment | -$32.40 | $2,280.22 |
| 07/21/2023 | NEW YORK LIFE  DES:INS. PREM. ID:▇▇▇ 101  INDN:FLORA L BATOON  CO ID:1135582869 WEB | | Other Payment | -$33.13 | $2,312.62 |
| 07/18/2023 | CHECKCARD  0717 SQ *THE ROYAL THAI MASS  CORONA  CA 2469216319810347 8816781 | | Debit | -$130.00 | $2,345.75 |
| 07/17/2023 | NEW YORK LIFE  DES:INS. PREM. ID:▇▇▇432  INDN:EDDIE P BATOON  CO ID:1135582869 PPD | | Other Payment | -$56.00 | $2,475.75 |
| 07/14/2023 | Check 4162 | *Provident Fund* | Single Check | -$2,600.00 | $2,531.75 |
| 07/13/2023 | MASSMUTUAL LIFE  DES:MASSMUTUAL ID:▇▇▇54A 230713  INDN:FLORA L BATAOON  CO ID:1041590850 PPD | | Other Payment | -$44.37 | $5,131.75 |
| 07/13/2023 | Check 4165 | *CA American Water — wire* | Single Check | -$25.10 | $5,176.12 |
| 07/13/2023 | COSTCO GAS #07  07/13 #000032085 PURCHASE  COSTCO GAS #0765  FOLSOM  CA | | Debit | -$36.92 | $5,201.22 |
| 07/11/2023 | Interest Earned | | Credit | $0.03 | $5,238.14 |
| 07/10/2023 | Check 4161 | *BMAS refrigerator repair — wire* | Single Check | -$700.00 | $5,238.11 |

Case: 23-50592    Doc# 32    Filed: 08/21/23    Entered: 08/21/23 09:33:39    Page 20 of 21

| Date | Description | | | | | Type | Amount | Available Balance |
|------|-------------|--|--|--|--|------|--------|-------------------|
| 07/10/2023 | CA TLR transfer<br>Confirmation# 1383289282 | Banking Ctr FLORIN CENTER | #0000905 CA | | | Credit | $1,260.00 | $5,938.11 |
| 07/06/2023 | CA TLR transfer<br>Confirmation# 4066300966 | Banking Ctr FLORIN CENTER | #0000905 CA | | | Credit | $1,350.00 | $4,678.11 |
| 07/05/2023 | EL DORADO RANCH  DES:SURE PAY  ID:47890743704*R1 INDN:EDDIE BATOON<br>ID:2811105303 PPD | | | CO | | Other Payment | -$88.79 | $3,328.11 |
| 07/05/2023 | ATT          DES:Payment    ID:342927003EPAYI INDN:EDDIE BATOON | | | CO ID:9864031004 PPD | | Other Payment | -$509.79 | $3,416.90 |
| 07/03/2023 | COSTCO GAS #07  07/03 #000039674 PURCHASE | COSTCO GAS #0760 | GILROY | CA | | Debit | -$60.38 | $3,926.69 |
| 07/03/2023 | COSTCO GAS #07  07/02 #000861148 PURCHASE | COSTCO GAS #0760 | GILROY | CA | | Debit | -$39.07 | $3,987.07 |

Statement Period as of 06/10/2023

***No More Activity For This Account***

For additional information or service, please contact the Customer Service Center at  1-800-432-1000

\* =  Item(s) included in Previous Statement(s).

NCA

Case: 23-50592    Doc# 32    Filed: 08/21/23    Entered: 08/21/23 09:33:39    Page 21 of 21

**** **** 3938