

**The following constitutes the order of the Court.**
**Signed: September 5, 2023**

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

In re                             )    CASE NO. 23-50592
                               )    Chapter: 11
EDDIE PASCUA BATOON,     )
FLORA LLANES BATOON,      )    Date: August 29, 2023
                               )    Time: 2:00 pm
        Debtor.             )    Court: 9
                               )    Judge: Hon. Stephen L. Johnson

<u>ORDER GRANTING MOTION TO EMPLOY PROFESSIONAL</u>

The within matter having come on by Motion of debtors EDDIE PASCUA BATOON and FLORA LLANES BATOON to authorize the employment of Robert P. Huckaby to provide them legal services in this case and to provide them accounting and tax services during the pendency of this case,

and good cause appearing therefor,

IT IS ORDERED:

1. The Motion is granted, and the employment of Robert P. Huckaby to provide professional services to the debtors is authorized under 11 U.S.C. §327(a).

2. Any compensation of their attorney shall be paid as an administrative expense in such amounts as the Court may hereinafter determine and allow.

** END OF ORDER **