McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Hagop T. Bedoyan, # 131285
  hagop.bedoyan@mccormickbarstow.com
Dana B. Denno, #227971
  dana.denno@mccormickbarstow.com
Garrett R. Leatham, #333362
  garrett.leatham@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Jacob DeGolish d/b/a/ Assemble Capital LLC

# UNITED STATES BANKRUPTCY COURT

## CALIFORNIA NORTHERN BANKRUPTCY COURT

### SAN JOSE DIVISION

| | |
|---|---|
| In Re | Case No. 23-50592 |
| EDDIE PASCUA BATOON AND FLORA LLANES BATOON,<br><br>Debtors, | Chapter 11<br><br>**NOTICE OF HEARING OF CREDITOR JACOB DEGOLISH D/B/A ASSEMBLE CAPITAL LLC'S MOTION FOR APPROVAL OF STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>DATE:  November 21, 2023<br>TIME:  10:00 a.m.<br>PLACE: United States Bankruptcy Court<br>   Northern District of California<br>   280 South First Street<br>   Courtroom 9<br>   San Jose, CA 95113<br><br>JUDGE: Hon. Stephen L. Johnson |

PLEASE TAKE NOTICE THAT on November 21, 2023 at 10:00 a.m. at **280 South First Street, Courtroom 9, San Jose, CA 95113** or as shortly thereafter as the matter may be heard, creditor Jacob Degolish d/b/a Assemble Capital LLC ("Creditor") will move this Court for an order pursuant to 11 U.S.C. § 362(d)(1) and Federal Rule of Bankruptcy Procedure 4001(d)(3) approving

Case No. 23-50592

a stipulation between Creditor and debtors Eddie Pascua Batoon and Flora Llanes Batoon ("Debtors") modifying the automatic to allow the lawsuit filed in El Dorado County Superior Court, *Jacob Degolish, d/b/a Assemble Capital LLC v. Placer Title Company, et al.*, case no. 22CV1845 ("State Court Action"), to continue to final judgment, but leave enforcement to the Bankruptcy Court. Any interested party may contact the undersigned for the moving papers.

Pursuant to the Bankruptcy Local Rule 9014-1(c)(1), this motion is scheduled on 28 days' notice. Any opposition shall be filed and served on the initiating party at least 14 days prior to the actual scheduled hearing date. Any reply shall be filed and served at least 7 days prior to the actual scheduled hearing date. If no objection or request for hearing has been filed or served within the time provided in B.L.R. 9014-1(b)(3)(A), Movant may request relief by default.

The hearing on this matter will take place in-court using hybrid technology. Each party or lawyer can elect to appear in person in court, or remotely by video/telephone. In-person appearances are not required but are optional. The hearing will be conducted in the presiding judge's courtroom. If you choose to appear by video or telephone, refer to the Bankruptcy Court's website which provides information regarding how to arrange an appearance. If you have questions about how to participate in a video or telephonic hearing, you may contact the courtroom deputy, Anna Lee, at (408) 278-7517 or email her at: anna_e_lee@canb.uscourts.gov.

Dated: October 9, 2023

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
Hagop T. Bedoyan
Dana B. Denno
Garrett R. Leatham
Attorneys for Jacob DeGolish
d/b/a/ Assemble Capital LLC

041193-000000 9375906.1