1 Robert P. Huckaby, CA Bar #97633
2 3330 Lake Tahoe Blvd. #10
South Lake Tahoe, CA 96150
(530) 544-4697
3 Fax (530) 544-7760

5 ATTORNEY FOR DEBTORS,
EDDIE & FLORA BATOON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| IN RE<br>EDDIE PASCUA BATOON, and<br>FLORA LLANES BATOON,<br><br>　　　　　　Debtors | CASE NO. 23-50592<br>Chapter 11<br><br>OBJECTION TO CLAIM<br>OF JULIA DURWARD<br><br>Date: December 12, 2023<br>Time: 2:00 pm<br>Dept: 9<br>Judge: Stephen L. Johnson |

EDDIE PASCUA BATOON and FLORA LLANES BATOON ("Batoon"), each an individual and debtor herein, hereby makes their Objection to the Claim of JULIA DURWARD ("Durward").

1. JULIA DURWARD filed her Claim in this case as Claim 7 on 10/9/2023, a copy of which is attached hereto.

2. Debtors make this Objection pursuant to 11 U.S.C. §502(b), FRBP 3007, and B.L.R. 3007-1 and 9014-1.

3. Durward is also the defendant in Adversary Proceeding No. 23-05022 by Batoon against Durward pending herein.

4. Durward states in her Claim that it is partly secured by a Short Form Deed of Trust, but fails to attach any such document to her Claim as required by Bankruptcy Rule

page 1

3001(c)(1). Batoon has no knowledge of any Short Form Deed of Trust, or other recorded lien, in which Durward is a beneficiary, and alleges one does not exist.

5. Durward states her Claim is based on "financial transactions between Debtors and Creditor" but fails to attach any substantiating documentation as required by Bankruptcy Rule 3001(c)(2). Batoon asserts there are no financial obligations owed from Batoon to Durward, and Batoon is unable to provide legal authority in dispute of those obligations because they are not evident in the Claim.

6. The Attachment to Durward's Proof of Claim alleges damages from Batoon's purported mis-management of Skylake Lodge (a motel in South Lake Tahoe, CA), the ownership of which property is titled to Ginger Mountain Lodge LLC, a California limited liability company, of which both Batoon and Durward are members. These damages are in the nature of waste, indemnity/contribution, and breach of fiduciary duty, all of which are derivative of Durward's alleged ownership of one-half of Ginger Mountain Lodge LLC, and not a proper claim of Durward individually.

7. The Attachment to Durward's Proof of Claim alleges financial damages, attorneys fees, and interest from the extension of credit to or on behalf of Batoon, but fails to attach the substantiating documentation required by Bankruptcy Rule 3001(c)(3). Batoon asserts there are no enforceable obligations owed from Batoon to Durward, and Batoon is unable to provide legal authority in dispute of those obligations because they are not evident in the Claim.

8. The Attachment to Durward's Proof of Claim says it is also made as the holder of the rights of Robert Durward, but fails to attach the substantiating documentation required by Bankruptcy Rule 3001(e).

9. Durward collected all the rents from the Sky Lake Lodge motel and Trout Creek motel from the time they were acquired by Batoon in 2013 through 2018, for which Batoon is entitled to an offset for any financial obligation to Durward.

10. This Objection is supported by the Declaration of Flora Batoon filed herewith, and the factual statements found in the Adversary Complaint by Batoon against Durward in this action, which are incorporated herein by this reference, together with all the pleadings, schedules

and other filings in this case, and such further evidence as may be presented at the hearing on this Objection.

WHEREFORE, debtors pray the Court:

1. That the Claim of Julia Durward be disallowed, and excluded from any requirement for payment in debtor's Chapter 11 Plan, and

2. For such other and further relief as the Court deems just and proper.

Dated: November 10, 2023

/s/ Robert P. Huckaby
_____
Robert P. Huckaby,
Attorney for Debtors

## CERTIFICATE OF SERVICE

I, the undersigned, whose address is 3330 Lake Tahoe Blvd. #10, South Lake Tahoe, CA 96150, certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and not a party to the within action, and that I served the within document on this date, by placing a true copy thereof, in a sealed envelope, in the U.S. Mail, first class postage prepaid, addressed as follows:

Julia Durward
801 S. Winchester Blvd. Apt 6200
San Jose, CA 95128-2981

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 10, 2023

/s/ Robert P. Huckaby
_____
Robert P. Huckaby