Robert P. Huckaby, CA Bar #97633
3330 Lake Tahoe Blvd. #10
South Lake Tahoe, CA 96150
(530) 544-4697
Fax (530) 544-7760


ATTORNEY FOR DEBTORS,
EDDIE & FLORA BATOON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

| | |
|---|---|
| IN RE<br>EDDIE PASCUA BATOON, and<br>FLORA LLANES BATOON,<br><br>　　　　　　　　Debtors<br>_____ | CASE NO. 23-50592<br>Chapter 11<br><br>DECLARATION OF FLORA BATOON<br>IN SUPPORT OF<br>OBJECTION TO CLAIM<br>OF JULIA DURWARD<br><br>Date:　December 12, 2023<br>Time:　2:00 pm<br>Dept:　9<br>Judge: Stephen L. Johnson |

　　　　I, FLORA LLANES BATOON, declare as follows in support of debtor's Objection to the Claim of Julia Durward in our bankruptcy case.

　　　　1.　　I am an adult competent to testify, and I am a debtor in the within case.

　　　　2.　　California Department of Real Estate reports show Julia Durward is licensed as a real estate salesperson in California since 1981 (also known as Julia Casampol Steininger and as Julia Casampol Steininger-Durward).

　　　　3.　　Escrow records provided to me by Julia Durward show that Julia Durward was the real estate agent of record for the purchase of Sky Lake Lodge motel, 2644 Lake Tahoe Blvd., South Lake Tahoe, California by Helen Torio and her then husband Victoriano Torio and partner Henry DeVera in November 2005.  It shows that Julia Durward was paid a mortgage

page 1

1 broker fee of $2,500 to arrange a mortgage of $800,000 from Robin & Macaria Sevilla for
2 $800,000 for the buyer's purchase price of $595,000, based on which the buyer cashed out
3 $190,582 after closing adjustments. We don't know, yet, how much of that ended up in
4 Durward's pocket.

5     4. Buyers transferred ownership of the property to DVR Lodging Inc., a California
6 corporation formed 7/12/2006, by Grant Deed recorded 9/25/2006.

7     5. Torio defaulted on their mortgage with Sevilla, and November 2010 signed a
8 Deed in Lieu of Foreclosure Agreement (not an actual recorded Deed) to Sevilla pledging both
9 the Skylake Lodge motel and the El Nido Motel, 2215 Lake Tahoe Blvd., South Lake Tahoe, CA
10 as collateral to satisfy their mortgage debt to Sevilla. Henry DeVera resigned from the company
11 and transferred all his share to Helen Torio 11/3/2010.

12     6. DVR Lodging Inc. was the seller of the Sky Lake Lodge motel, 2644 Lake Tahoe
13 Blvd., South Lake Tahoe, CA, to Eddie and Flora Batoon April 2013 at an agreed price of
14 $667,000. That price was paid $175,897 from exchange proceeds of Batoon's Hawaii property,
15 and a new Promissory Note for $575,000 and Deed of Trust to Robin and Macaria Sevilla. Julia
16 Durward obtained a Full Reconveyance executed by Sevilla 4/12/2013 of the $800,000 mortgage
17 owed to Sevilla by Helen Torio against the Skylake Lodge.

18     7. When Batoon purchased the Sky Lake Lodge April 2013, Julia Durward wrote
19 herself and her husband Robert in as "secret partners" in addendum 2. Escrow settlement
20 statements show all the money paid for the purchase were Batoon's exchange funds and the new
21 Note to Sevilla for the total of $667,000 paid to DVR Lodging as the seller. The settlement
22 statements also show that Julia Durward was paid a commission for representing both buyer and
23 seller in the transaction, a total of $35,850.50, and expenses of $5,000 out of buyer's funds, plus
24 $50,784 for a private note and $1,216 for expenses from the seller's proceeds.

25     8. Title to the property was from DVR Lodging Inc. to Eddie and Flora Batoon, and
26 the Deed of Trust was solely from Eddie and Flora Batoon to Robin and Macaria Sevilla. There
27 was no mention of Durward in the title documents.

28     9. The anomaly is that Julia and Robert Durward co-signed the Promissory Note

with Batoon to Sevilla, supposedly because that was the condition of Sevilla to release DVR Lodging from their defaulted Deed of Trust owed to them, arranged by Durward, and accept the new smaller Promissory Note and Deed of Trust from Batoon, but Durward put no money or property into the purchase.

10. Robert and Julia Durward collected all the rents from the Sky Lake Lodge from Batoon's purchase April 2013 through 2018 when she turned it over to Flora Batoon.

11. County records show that DVR Lodging signed a new Deed of Trust to Sevilla at the same time 4/25/2013, assuming that was to secure the balance of the Note owed to them (the $800,000 originally less the new loan to Batoon of $575,000).

12. Two years later Durward set up the company Ginger Mountain Lodge LLC formed May 2015 as a California limited liability company, and made an Operating Agreement which stated Julia and Robert Durward were one-half owners and Eddie and Flora Batoon were one-half owners. Durward persuaded Batoon to sign that Operating Agreement and transfer their title to Sky Lake Lodge into that company June 2015. There is no record of anything paid by Durward for that transfer.

13. County records show that DVR Lodging deeded over to Julia Durward the El Nido motel property recorded 8/24/2015 for a declared price of $659,000 per the county assessor's records. This is contrary to the present claim of Durward that she should be paid by Batoon for a debt owed by Durward on the El Nido motel.

14. Julia Durward and her then husband Robert Durward were co-makers with Eddie and Flora Batoon in a Commercial Lease with Purchase Option, dated March 5, 2013, for the Trout Creek motel, 2650 Lake Tahoe Boulevard, South Lake Tahoe, California. $40,000 of the exchange funds from the sale of Batoon's property in Hawaii paid for the Purchase Option with Derek and Sonia Banks, giving them the right to purchase that property for $233,750 by March 31, 2020. Julia Durward was shown as the buyer's agent on the contract, but put no money or property into the deal. Julia Durward then collected all the rents from the property until 2018 when she turned management of it over to Flora Batoon.

15. On or about February 2020 Flora Batoon notified Julia Durward that she wanted

1     to exercise the purchase Option for Trout Creek, and would fund it. Julia waited until one week
2     before the Option expired, then asked the seller for an extension of the Option instead of
3     exercising the Option in the manner required in the contract. The seller ignored Julia's extesnion
4     request and reportedly sold the property to a third party immediately after the Option expired for
5     $500,000. The seller then filed an eviction against all of them, resulting in a Judgment for
6     possession and $37,198.87 damages against all 4 of them.

        16.     The El Dorado County Assessor now has the Trout Creek property at $969,000 under Prop 13 for the price paid by the current owner.

    I declare the foregoing is true and correct of my own knowledge, except as stated based on information and belief, and is made under penalty of perjury.

Dated: November 10, 2023

                                        /s/ Flora Llanes Batoon
                                        _____
                                        Flora Llanes Batoon

## CERTIFICATE OF SERVICE

    I, the undersigned, whose address is 3330 Lake Tahoe Blvd. #10, South Lake Tahoe, CA 96150, certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and not a party to the within action, and that I served the within document on this date, by placing a true copy thereof, in a sealed envelope, in the U.S. Mail, first class postage prepaid, addressed as follows:

    Julia Durward
    801 S. Winchester Blvd. Apt 6200
    San Jose, CA 95128-2981

    I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 10, 2023

                                        /s/ Robert P. Huckaby
                                        _____
                                        Robert P. Huckaby