1  Robert P. Huckaby  CA#97633
   3330 Lake Tahoe Blvd. #10
2  South Lake Tahoe, CA 96150
   Tel (530) 544-4697
3  Fax (530) 544-7760
   Email: bobhuckaby@aol.com
4

5  ATTORNEY FOR DEBTOR,
   EDDIE & FLORA BATOON
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                 NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

10

11  In re                              )      CASE NO.  23-50592
                                       )      Chapter:  11
12  EDDIE PASCUA BATOON,               )
    FLORA LLANES BATOON,               )
13                                     )      Date:   December 12, 2023
                  Debtor.              )      Time:   2:00 pm
14  _____)      Court:  9
                                              Judge: Hon. Stephen L. Johnson
15

16          NOTICE OF HEARING ON OBJECTION TO CLAIM OF JULIA DURWARD

17        PLEASE TAKE NOTICE that debtors EDDIE PASCUA BATOON and FLORA

18  LLANES BATOON have filed an Objection to Claim of Julia Durward.

19        THE OBJECTION SHALL BE HEARD on December 12, 2023 at 2:00 pm before the

20  Honorable Judge Stephen L. Johnson in Courtroom 9, located at 280 South First Street, San Jose,

21  California.  It is recommended that you review all pleadings filed in support of the Motion,

22  which either are enclosed with this Notice or may be obtained from the Clerk of the Bankruptcy

23  Court, on-line through the Court's website, or from the undersigned.

24        **Your rights may be affected.  You should read these papers carefully and discuss**

25  **them with your attorney, if you have one.  (If you do not have an attorney, you may wish to**

26  **consult one.)**

27        IF YOU WISH TO OPPOSE THIS MOTION, or if you want the Court to consider your

28  views on the Motion, then you or your attorney must file and serve a written opposition to the

relief requested in conformance with B.L.R. 9014-1(c) not less than fourteen (14) calendar days before the date set for hearing and appear at the hearing at the place and time referenced in the caption above. Such written opposition must be filed with the Bankruptcy Court at the following address:

>U.S. Bankruptcy Court
>280 South First Street
>San Jose, CA 95113

You must also serve a copy of your written opposition on the undersigned:

>Robert P. Huckaby
>3330 Lake Tahoe Blvd. #10
>South Lake Tahoe, CA 96150

Failure to file a timely written opposition may result in the Motion being resolved without oral argument and the striking of untimely written or oral opposition.

Please be advised that the Court may remove the matter from the calendar and submit the matter for decision or else issue a tentative ruling on the Motion. Interested persons can ascertain which matters have been removed from the calendar and can view tentative rulings by checking the Court's website at www.canb.uscourts.gov.

The hearing on this motion will take place in-court using hybrid technology. Each party or lawyer can elect to appear in person in court, or remotely by video/telephone. In-person appearances are not required but are optional. The hearing will be conducted in the presiding judge's courtroom.

If you choose to appear by video or telephone, refer to the Bankruptcy Court's website which provides information regarding how to arrange an appearance. If you have questions about how to participate in a video or telephonic hearing, you may contact the courtroom deputy, Anna Lee, at (408) 278-7517 or email her at: anna_e_lee@canb.uscourts.gov.

Dated: November 10, 2023

/s/ Robert P. Huckaby
_____
Robert P. Huckaby,
Attorney for Debtors

Page 2

Case: 23-50592   Doc# 42   Filed: 11/11/23   Entered: 11/11/23 21:13:49   Page 2 of 3

# CERTIFICATE OF SERVICE

I, the undersigned, whose address is 3330 Lake Tahoe Blvd. #10, South Lake Tahoe, CA 96150, certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and not a party to the within action, and that I served the within document on this date, by placing a true copy thereof, in a sealed envelope, in the U.S. Mail, first class postage prepaid, addressed as follows:

Julia Durward
801 S. Winchester Blvd. Apt 6200
San Jose, CA 95128-2981

William J. Healy
748 Holbrook Pl.
Sunnyvale, CA 94087

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 10, 2023

/s/ Robert P. Huckaby
_____
Robert P. Huckaby