Robert P. Huckaby  CA#97633
3330 Lake Tahoe Blvd. #10
South Lake Tahoe, CA 96150
Tel (530) 544-4697
Fax (530) 544-7760
Email: bobhuckaby@aol.com

ATTORNEY FOR DEBTOR,
EDDIE & FLORA BATOON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

In re ) CASE NO. 23-50592
) Chapter: 11
EDDIE PASCUA BATOON, )
FLORA LLANES BATOON, )
) Date: December 14, 2023
Debtor. ) Time: 11:00 am
) Court: 9 Videoconference
Judge: Hon. Stephen L. Johnson

STATUS CONFERENCE STATEMENT

Debtors EDDIE PASCUA BATOON and FLORA LLANES BATOON hereby make their updated Status Conference Statement.

1. The factors leading to this filing revolve around the sale of the Sky Lake Lodge motel in South Lake Tahoe, California. Debtors bought this motel in 2013 for $667,000 through the realtor Julia Durward, who arranged private financing of $575,000 and the balance was paid by exchange funds from sale of their property in Hawaii. Durward annotated herself into the deal to receive one-half of the ownership, as a secret partner for no visible reason, then had Batoon put title of the motel into her company Ginger Mountain Lodge LLC in 2015 where Batoon and Durward were co-owners/managers. Durward operated the motel, taking all the rents, until 2018, when she walked away with substantial bills like property taxes unpaid, then Batoon operated it. Batoon listed the motel for sale, and went into escrow with a buyer Jacob deGolish in October 2021 with a sale price of $1,850,000 after adjustment for buyer's inspection.

Escrow agent Placer Title Company refused to close the sale without the consent of Durward, who was demanding to receive one-half the sale proceeds, that Batoon refused to agree with. DeGolish cancelled his purchase, then filed suit against Batoon in December 2022, and the private lender filed foreclosure. This Chapter 11 was filed for Batoon to avoid losing the motel to foreclosure, to protect her substantial equity in it, while sorting out the claims of deGolish and Durward.

Debtor's objective is to resolve the claims of deGolish and Durward, and complete the sale of the motel which will pay off the mortgage against it and all their debts.

2. Debtors are supposed to have a Disclosure Statement and Plan filed by 12/1/2023, which will be affected by how progress is with resolving the claims of deGolish and Durward.

3. The Plan is to complete sale of the motel which will pay off the mortgage against it and give them the funds to pay off all of their debts, then close this case.

4. Debtors have homeowner's insurance on their real property and normal insurance coverage on their vehicles.

5. Debtors' motion has been granted to employ Robert Huckaby as their attorney to deal with the adversary proceedings.

6. Debtors are retired with enough income from Social Security and rentals to pay their normal living expenses, including post-petition payments on the mortgages on their home and rental property. The buyer of the motel required it to be made vacant, which was done, so it is not producing any income to pay that mortgage, which is matured and all due.

7. The deGolish lawsuit was remanded back to El Dorado Superior Court. Mediation on 11/3/2023 appears to have resolved the deGolish litigation, and his claim against Batoon in this case is supposed to be withdrawn.

An adversary action against Durward has been filed and is pending. Durward has filed a large claim in this action against Batoon, to which Batoon has filed an Objection. Settlement discussions are ongoing in those matters.

8. Debtors have complied with their Initial Interview with the United States Trustee and the 341(a) meeting of creditors, with no open issues.

9. Debtors are current with their monthly operating reports, have established their debtor-in-possession account, and do not have any tax obligations.

10. Debtors do not have any cash collateral issues.

11. There are not any automatic stay issues known. A Stipulation to proceed on the deGolish matter in El Dorado Superior Court has been filed and approved.

12. There are not any executory contract or unexpired lease issues known. Debtors are actively marketing the motel property depending on the approval of Durward.

13. Debtors do not know of any other unique issues.

14. Debtors do not know of any other unusual developments or events or other matters that might materially affect the administration of this case, except that debtors are exploring other avenues of liquidating their interest in the motel which could result in an earlier resolution of their financial issues.

Dated: November 22, 2023

/s/ Eddie Pascua Batoon
_____
Eddie Pascua Batoon

/s/ Flora Llanes Batoon
_____
Flora Llanes Batoon