1  ROBERTO G. CRUZ, ESQ. (SBN: 342729)
   **ATTORNEYS REAL ESTATE GROUP, APC**
2  905 HIGHLAND POINTE DRIVE, SUITE 100
   ROSEVILLE, CA 95678
3  TELEPHONE: (916) 671-3138
   EMAIL: rcruz@attorneysre.com
4
5  ATTORNEY FOR CREDITORS,
   ROBIN M. SEVILLA AND MACARIA T. SEVILLA, TRUSTEES,
   U.D.T., DATED OCTOBER 6, 1987

# UNITED STATES BANKRUPTCY COURT

## CALIFORNIA NORTHERN BANKRUPTCY COURT, SAN JOSE DIVISION

| | |
|---|---|
| In re: EDDIE PASCUA BATOON, FLORA LLANES BATOON<br><br>Debtors (s). | Case No.: 23-50592<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH NON-JUDICIAL FORECLOSURE (11 U.S.C. § 362(d), et seq.)**<br><br>Chapter 11<br><br>Date: 01/23/24<br>Time: 10 AM<br>Place: Courtroom 10<br>Judge: Honorable Judge Stephen L. Johnson |

PLEASE TAKE NOTICE that Robin M. Sevilla and Macaria T. Sevilla, Trustees, U.D.T, dated October 6, 1987 ("Movants"), in the above- captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

**NOTICE IS HEREBY GIVEN** that a hearing on the Movants Motion for Relief from the Automatic Stay will be held on January 23, 2024, at 10 AM before the Honorable Judge Stephen L. Johnson in Courtroom 10, located at 280 South First Street, San Jose, California 95113.

- 1 -

NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH NON-JUDICIAL FORECLOSURE (11 U.S.C. § 362(d), et seq.)

Case: 23-50592    Doc# 51    Filed: 12/15/23    Entered: 12/15/23 15:45:57    Page 1 of 2

1   **NOTICE IS FURTHER GIVEN** pursuant to Local Bankruptcy Rule 9014-1(f)(1), Movants have filed and served their Motion with at least twenty-eight (28) calendar days' notice prior to the hearing date. Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

**NOTICE IS FURTHER GIVEN** The hearing on this matter will take place in-court using hybrid technology. Each party or lawyer can elect to appear in person in court, or remotely by video/telephone. In person-appearances are not required but are optional. The hearing will be conducted in the presiding judge's courtroom. If you choose to appear by video or telephone, refer to the Bankruptcy Court's website which provides information regarding how to arrange an appearance. If you have questions about how to participate in a video or telephonic hearing, you may contact the courtroom deputy, Anna Lee, at (408) 278-7517 or email her at anna_e_lee@canb.uscourts.gov.

Respectfully Submitted,
Attorneys Real Estate Group, APC

Dated: 12/15/23

Roberto G. Cruz, Esq.
Attorney for Creditors, Robin M. Sevilla and Macaria T. Sevilla, Trustees, U.D.T., dated October 6, 1987

- 2 -

NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH NON-JUDICIAL FORECLOSURE (11 U.S.C. § 362(d), et seq.)

Case: 23-50592    Doc# 51    Filed: 12/15/23    Entered: 12/15/23 15:45:57    Page 2 of 2