In re: Eddie Pascua Batoon, Flora Llanes Batoon

Debtor(s)

| | |
|---|---|
| Bankruptcy No.: | 23−50592 |
| R.S. No.: | 50 |
| Hearing Date: | 01/23/2024 |
| Time: | 10:00 am |

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 06/04/2023     Chapter: 11

Prior hearings on this obligation: None     Last Day to File §523/§727 Complaints: 09/11/2023

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]

| | | | |
|---|---|---|---|
| Fair market value: | $_____ | Source of value: _____ | |
| Contract Balance: | $_____ | Pre-Petition Default: | $_____ |
| Monthly Payment: | $_____ | No. of months: | _____ |
| Insurance Advance: | $_____ | Post-Petition Default: | $_____ |
| | | No. of months: | _____ |

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): Commerical Motel at 2644 Lake Tahoe Blvd, South Lake Tahoe, CA 96150

Fair market value: $ 1,377,500.00     Source of value: Zillow     If appraisal, date: _____

First Position on Seller-Backed Deed of Trust and Note

Moving Party's position (first trust deed, second, abstract, etc.):

| | | | |
|---|---|---|---|
| Approx. Bal. | $ 609,927.88 | Pre-Petition Default: | $ 601,960.81 |
| As of (date): 08/28/2023 | | No. of months: 11 | |
| Mo. payment: | $ 2,635.42 | Post-Petition Default: | $ 7,967.07 |
| Notice of Default (date): 02/06/2023 | | No. of months: 6 | |
| Notice of Trustee's Sale: 05/22/2023 | | Advances Senior Liens: | $_____ |

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Dated April 3, 2013 | $ 609,927.88 | $ 2,635.42 | $ 609,927.88 |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $ 609,927.88 | $ 2,635.42 | $ 609,927.88 |

(D) Other pertinent information:

Dated: 12/19/23

_____
Signature

Roberto G. Cruz, Esq.
Print or Type Name

Attorney for Macaria T. Sevilla and Robin M. Sevilla, Creditors