ROBERTO G. CRUZ (SBN: 342729)
**ATTORNEYS REAL ESTATE GROUP, APC**
905 HIGHLAND POINTE DRIVE, SUITE 100
ROSEVILLE, CA 95678
TELEPHONE: (916) 671-3138
EMAIL: RCRUZ@ATTORNEYSRE.COM

ATTORNEY FOR CREDITORS,
ROBIN M. SEVILLA AND MACARIA T. SEVILLA, TRUSTEES,
U.D.T., DATED OCTOBER 6, 1987

# UNITED STATES BANKRUPTCY COURT

## CALIFORNIA NORTHERN BANKRUPTCY COURT, SAN JOSE DIVISION

| | |
|---|---|
| In re: EDDIE PASCUA BATOON, FLORA LLANES BATOON<br><br>Debtors (s). | Case No.: 23-50592<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH NON-JUDICIAL FORECLOSURE (11 U.S.C. § 362(d), et seq.)**<br><br>Chapter 11<br><br>Date: 01/23/24<br>Time: 10 AM<br>Place: Courtroom 10<br>Judge: Honorable Judge Stephen L. Johnson |

**COMES NOW** Robin M. Sevilla and Macaria T. Sevilla, Trustees, U.D.T, dated October 6, 1987 ("Movants"), in the above-captioned matter moving this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith, such that Movants shall be excepted from the automatic stay to enforce their security interest against that certain real property commonly known as 2644 Lake Tahoe Boulevard in South Lake Tahoe, California, 96150 (the "Property") but not against the Debtors or the estate. Such relief is requested pursuant to Bankruptcy Code §§ 105(a) and 362(d)(1), Rule 4001(a) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 4001-1.

- 1 -

MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH NON-JUDICIAL FORECLOSURE
(11 U.S.C. § 362(d), et seq.)

Case: 23-50592   Doc# 55   Filed: 12/22/23   Entered: 12/22/23 13:48:18   Page 1 of 2

ATTORNEYS REAL ESTATE GROUP, APC



1   This Motion is supported by the accompanying Notice of Hearing, the Memorandum of Points

2   and Authorities, and the docket and records of the cited bankruptcy case as well as such additional evidence,

3   representation and argument as may be offered in connection herewith. For further particulars, reference is

4   made thereto.

5   **WHEREFORE**, Movants pray for entry of an order:

6   1.  Movants are granted relief from the automatic stay pursuant to 11 U.S.C. §362(a) in order

7       to proceed with the Non-Judicial Foreclosure pursuant to California Civil Code § 2924, *et*

8       *seq*.; and

9   2.  There being cause to waive any waiting period that may be imposed by Bankruptcy Rule

10      4001(a)(3), Movants will not be subject to an additional waiting period after entry of a

11      relief order under the circumstances of the case.

12  3.  For such other and further relief as this Court deems just and proper.

13

14          Respectfully Submitted,

15          Attorneys Real Estate Group, APC

16

17  Dated: 12/21/23          _____

18          Roberto G. Cruz, Esq.
            Attorney for Creditors, Robin M. Sevilla and
19          Macaria T. Sevilla, Trustees, U.D.T., dated
            October 6, 1987

20

21

22

23

24

25

26

27

28

MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH NON-JUDICIAL FORECLOSURE
(11 U.S.C. § 362(d), et seq.)

Case: 23-50592   Doc# 55   Filed: 12/22/23   Entered: 12/22/23 13:48:18   Page 2 of 2