1  Robert P. Huckaby,  CA Bar #97633
   3330 Lake Tahoe Blvd. #10
2  South Lake Tahoe, CA  96150
   (530) 544-4697
3  Fax (530) 544-7760

4

5  ATTORNEY FOR DEBTORS,
   EDDIE & FLORA BATOON
6

7

8  UNITED STATES BANKRUPTCY COURT

9  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

10

| 11 | IN RE ) | CASE NO.  23-50592 |
|---|---|---|
| 12 | EDDIE PASCUA BATOON, and ) FLORA LLANES BATOON, ) | Chapter 11 |
| 13 | ) Debtors ) ) | MOTION TO DISALLOW CLAIMS OF UNSECURED CREDITORS WITHOUT FILED CLAIMS |
| 14 | ) ) | |
| 15 | ) ) | Date:   June 25, 2024 Time:  2:00 pm |
| 16 | _____ ) | Dept:   videoconference Judge: Stephen L. Johnson |

17      EDDIE PASCUA BATOON and FLORA LLANES BATOON ("Batoon"), each an

18  individual and debtor herein, hereby makes their Motion to Disallow the Claims of Unsecured

19  Creditors Without Filed Claims.

20      1.   Debtors make this Motion pursuant to 11 U.S.C. §502(b), FRBP Rule 3007, and

21  B.L.R. 3007-1 and 9014-1.

22      2.   FRBP Rule 3003(b)(1) provides that a scheduled creditor in a Chapter 11 case

23  does not have to file a proof of claim unless they are scheduled as disputed, contingent or

24  unliquidated.

25      3.   Debtors listed many creditors on their Schedule F that they did not know if any

26  debt was owed to those creditors, or the correct amount owed, to make sure that those potential

27  creditors had notice and opportunity to file a claim.

28      4.   Debtors are unable to attach a copy of the Proof of Claim being disputed to

page 1

comply with B.L.R. 3007-1(a), because this Motion is for unsecured creditors shown on their Schedule F who have not filed a Proof of Claim.

5. The creditors to which this Motion applies are identified on debtor's amended Schedule F as follows:

    (a)    AT&T Universal Card

    (b)    Citi Costco Anywhere VISA

    (c)    Citibank (South Dakota) NA

    (d)    City of South Lake Tahoe (Disputed)

    (e)    Joseph & Cheryl Riffel (Contingent)

    (f)    Liberty Utilities

    (g)    Michael Johnson (Derek Banks judgment)

    (h)    Placer Title Company (Contingent)

    (i)    Priscilla Concepsion

    (j)    Southwest Gas

    (k)    Spectrum

    (l)    STPUD

    (m)    Timothy Wong CPA (Disputed)

6. Because the unsecured creditors did not file a Proof of Claim in this case, Batoon believes they do not have any personal obligation to those creditors, and their potential claims should be disallowed in this Chapter 11 bankruptcy.

7. The statutory time to file claims has expired.

WHEREFORE, debtors pray the Court:

1. That each unsecured creditor who has not filed a Proof of Claim be disallowed, and

2. For such other and further relief as the Court deems just and proper.

Dated: May 22, 2024

/s/ Robert P. Huckaby
_____
Robert P. Huckaby,
Attorney for Debtors

page 2

# CERTIFICATE OF SERVICE

All ECF participants

    I, the undersigned, whose address is 3330 Lake Tahoe Blvd. #10, South Lake Tahoe, CA 96150, certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and not a party to the within action, and that I served the within document on this date, by placing a true copy thereof, in a sealed envelope, in the U.S. Mail, first class postage prepaid, addressed as follows:

    MAILING MATRIX ATTACHED

    I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2024

/s/ Robert P. Huckaby
_____
Robert P. Huckaby

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 23-50592<br>California Northern Bankruptcy Court<br>San Jose<br>Mon May  6 17:06:46 PDT 2024 | AT&T Universal Card<br>PO Box 44167<br>Jacksonville, FL 32231-4167 | Attorneys Real Estate Groiup<br>905 Highland Pointe Dr Ste 100<br>Roseville, CA 95678-5418 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Eddie Pascua Batoon<br>2971 Mitton Dr<br>San Jose, CA 95148-2811 |
| Flora Llanes Batoon<br>2971 Mitton Dr<br>San Jose, CA 95148-2811 | Jennifer Batoon<br>4120 Crooked Stick Lane<br>Corona, CA 92883-0616 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Attn: Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Citi Costco Anywhere VISA<br>PO Box 790057<br>Saint Louis, MO 63179-0057 | Citibank (South Dakota) NA<br>PO Box 653095<br>Dallas, TX 75265-3095 |
| City of South Lake Tahoe<br>1901 Airport Rd<br>South Lake Tahoe, CA 96150-7004 | Roberto G. Cruz<br>Attorneys Real Estate Group, APC<br>905 Highland Pointe Drive<br>Suite 100<br>Roseville, CA 95678-5418 | Dana Denno<br>7647 N Fresno St<br>Fresno, CA 93720-2578 |
| Jacob DeGolish<br>c/o Dana Denno<br>7647 North Fresno St<br>Fresno, CA 93720-2578 | Debra Samuels<br>2281 Lava Ridge Ct Ste 300<br>Roseville, CA 95661-2805 | Dougals Roeca<br>3080 Cedar Ravine Rd<br>Placerville, CA 95667-5617 |
| Julia Durward<br>801 S Winchester Blvd apt 6200<br>San Jose, CA 95128-2981 | Emma Sarafin Tiapon<br>45-209 Keana Rd<br>Kaneohe, HI 96744-2319 | Trevor Ross Fehr<br>Office of the U.S. Trustee<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| Trevor Ross Fehr<br>Office of the U.S. Trustee<br>501 I Street, Suite 7-500<br>Sacramento, CA 95814-7304 | Ginger Mountain Lodge LLC<br>2644 Lake Tahoe Blvd<br>South Lake Tahoe, CA 96150-7710 | Nichole Glowin<br>ZBS Law, LLP<br>30 Corporate Park, Suite 450<br>Irvine, CA 92606-3401 |
| William J. Healy<br>Law Office of William J. Healy<br>748 Holbrook Pl<br>Sunnyvale, CA 94087-1802 | Robert P. Huckaby<br>Robert P. Huckaby, Attorney at Law<br>3330 Lake Tahoe Blvd. #10<br>South Lake Tahoe, CA 96150-7911 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jacob DeGolish d/b/a Assemble Capital LLC<br>c/o McCormick Barstow, LLP<br>7647 N Fresno Street<br>Fresno, CA 93720-2578 | Jordan Finfer<br>200 S Wacker Dr Ste 2700<br>Chicago, IL 60606-5813 |

| | | |
|---|---|---|
| Joseph & Cheryl Riffel<br>2196 Lake Tahoe Blvd Ste 1<br>South Lake Tahoe, CA 96150-6491 | Julia Durward<br>1681 Shortridge Ave<br>San Jose, CA 95116-2451 | Garrett R. Leatham<br>McCormick Barstow Sheppard Wayte & Carru<br>7467 N. Fresno Street<br>Fresno, CA 93720 |
| Liberty Utilities<br>933 Eloise Ave<br>South Lake Tahoe, CA 96150-6470 | Michael Johnson<br>PO Box 4848<br>Stateline, NV 89449-4848 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| Placer Title Company<br>1959 Lake Tahoe Blvd<br>South Lake Tahoe, CA 96150-6301 | Priscilla Concepcion<br>2644 Lake Tahoe Blvd<br>South Lake Tahoe, CA 96150-7710 | Provident Funding<br>518 17th St Ste 600<br>Denver, CO 80202-4107 |
| Provident Funding Associates, L.P.<br>ZBS Law, LLP<br>30 Corporate Park, Suite 450<br>Irvine, CA 92606-3401 | Provident Funding Associates, L.P.<br>1235 N. Dutton Ave. Suite E<br>Santa Rosa, CA 95401-4666 | Richard Gullen<br>1960 The Alameda Ste 200<br>San Jose, CA 95126-1451 |
| Roberto G. Cruz, Esq<br>905 Highland Pointe Drive, Suite 100<br>Roseville, CA 95678-5418 | Robin & Mary Sevilla<br>9750 New Hope Rd<br>Galt, CA 95632-8891 | Robin M. Sevilla and Macaria T. Sevilla, Tru<br>905 Highland Pointe Drive, Suite 100<br>Roseville, CA 95678-5418 |
| Rosa<br>6407 Wire Dr<br>Sacramento, CA 95823-1543 | STPUD<br>1275 Meadow Crest Dr<br>South Lake Tahoe, CA 96150-7400 | Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 |
| Southwest Gas<br>PO Box 1190<br>Carson City, NV 89702-1190 | Spectrum<br>400 Atlantic St<br>Stamford, CT 06901-3512 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |
| Timothy Wong CPA<br>4966 El Camino Real Ste 108<br>Los Altos, CA 94022-1406 | Towd Point Mortgage Trust 2016-3<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Towd Point Mortgage Trust 2016-3, U.S. Bank<br>c/o McCarthy & Holthus, LLP<br>2763 Camino Del Rio South, Suite 100<br>San Diego, CA 92108-3708 |
| (p)U S ATTORNEY'S OFFICE NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 | Vianni<br>6405 Wire Dr<br>Sacramento, CA 95823-1543 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Card Services<br>PO Box 10347<br>Des Moines, IA 50306-0347 | (p)MCCARTHY & HOLTHUS LLP<br>2763 CAMINO DEL RIO S SUITE 100<br>SAN DIEGO CA 92108-3708 | |